# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TARA MARIE BANKS, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-0693 |
| v. | : | (JUDGE MANNION) |
| JOHN HARRISON, | : | |
| Defendant | : | |

# O R D E R

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. the defendant's Motion to Dismiss, (Doc. 11), the plaintiff's complaint, (Doc. 1), is **DENIED** in its entirety; and

2. the defendant is directed to file his answer to the plaintiff's complaint within 14 days of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: August 24, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0693-01-ORDER.wpd