# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TARA MARIE BANKS,** : | |
| Plaintiff : | |
| : | **CIVIL ACTION NO. 3:15-0693** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **JOHN HARRISON,** : | |
| Defendant : | |

# O R D E R

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's motion for partial summary judgment, (Doc.30), with respect to liability on Counts One, Four and Five of her amended complaint, (Doc. 26), is **DENIED**; and

2. By separate Order the court will schedule a final pre-trial conference.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: August 29, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0693-02-ORDER.wpd